Matthew G. Kleiner  (SBN:  024275)
**GORDON & REES LLP**
111 West Monroe St., Suite 1111
Phoenix, AZ, 85003
Telephone:  (602) 794-2460
Facsimile:  (602) 265-4716
Email: mkleiner@gordonrees.com

Attorneys for  Defendant
ER Solutions, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KANAZY HUTCHINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ER SOLUTIONS, INC. a Washington corporation,<br><br>Defendant. | **CASE NO.  2:09-cv-02584-MHM**<br><br>Action Filed: December 9, 2009<br><br>*Honorable Mary H. Murguia*<br><br>**NOTICE OF SETTLEMENT** |

Defendant, ER SOLUTIONS, INC., by and through the undersigned counsel, hereby informs the Court that a settlement of this matter has been reached.  The parties are finalizing the settlement documents and terms.  ERS anticipates the settlement will be finalized and the action dismissed within the next 40 days.

DATED:  April 29, 2010                                      Respectfully submitted,

                                                                                  GORDON & REES, LLP


                                                                                  By: /s/ *Matthew G. Kleiner*
                                                                                          Matthew G. Kleiner (SBN: 024275)
                                                                                          GORDON & REES LLP
                                                                                          Attorneys for Defendant
                                                                                          ER SOLUTIONS, INC.

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on **April 29, 2010**, a copy of the foregoing was sent to the following counsel of record via electronic mail:

Ryan Lee, Esq.
Krohn & Moss, LTD.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
E-Mail: rlee@consumerlaw.com

/s/ Matthew G. Kleiner
Mathew Kleiner, Esq.  (SBN 024275)
GORDON & REES LLP
111 West Monroe St., Suite 1111
Phoenix, AZ  85003
Telephone: (602) 794-2460
Facsimile: (602) 265-4716
mkleiner@gordonrees.com
*Attorney for Defendant*
ER Solutions, Inc.