**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kanzazy Hutchins, | Case No.: CV 09-2584-PHX-MHM |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| ER Solutions, | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1),

IT IS ORDERED dismissing this matter with prejudice.

Dated this 14th day of June, 2010.

_____
Mary H. Murgia
United States District Judge

1